## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RWB INTERNATIONAL FAMILY** | § | **CASE NO. 21-20178-rlj11** |
| **PROPERTY COMPANY, L.L.C.,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

## CODE §1187(A) COMPLIANCE — STATEMENT OF OPERATIONS

PROPOSED ATTORNEYS FOR DEBTOR

Jeff Carruth, SBT #24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Phone: (713) 341-1158
Fax: (866) 666-5322
jcarruth@wkpz.com

DRAFT NO ADMISSION OF LIABILTY

| FCB  PROPERTIES CASH FLOW - PREPETITION | | | |
|---|---|---|---|
| **Number** | **Address** | **ProjectedAmount** | |
| | | | |
| Revenues | | | CURRENT CASHFLOW |
| **ALL PROPERTY REVENUE** | | **25841** | **21841** |
| **TOTAL UNCOLLECTED/MISSED REVENUE** | | **5189.85** | **1189.85** |
| Expenses | | | |
| | | MONTH | |
| BANK NOTES | | | |
| 15th | FCB note | **17202.65** | |
| 15th | FCB note 4000024679 2018 Oak | **184.02** | |
| 15th | FCB note Canyon 6th 40000263 | **953.31** | |
| 21st | 707 4th | **721.64** | |
| 12th | 3906 Tyler | **812.95** | |
| 9th | Centennial Note 204 N El Paso | **350.88** | |
| 26th | Elm Grove Village second note/ | **425.7** | |
| | NOTE TOTALS | **20651.15** | |
| | EXPENSES | | |
| | Buildium | **600** | |
| | PARK UTILITIES & RUBEN | **300.00** | |
| | **LABOR** | **500.00** | |
| | **REPAIR SUPPLIES** | **1000.00** | |
| 23rd | Property Insurance | **400** | |
| | TOTAL NON NOTE | **2800** | |
| | **TOTAL BUSINESS EXPENSES** | **23451.15** | |

COMPLETE RWB (2000624x7ACE3) 002, FCBCASHFLOW