# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RWB INTERNATIONAL FAMILY** | § | **CASE NO. 21-20178-rlj11** |
| **PROPERTY COMPANY, L.L.C.,** | § | |
| | § | **Chapter 11** |
| **DEBTOR.** | § | |

## CODE §1187(A) COMPLIANCE — BALANCE SHEET

PROPOSED ATTORNEYS FOR DEBTOR

Jeff Carruth, SBT #24001846
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Phone: (713) 341-1158
Fax: (866) 666-5322
jcarruth@wkpz.com

DRAFT NO ADMISSION OF LIABILTY

# Balance Sheet
**As of 12/31/2020, Cash Basis**

## RWB Investments (Company)

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | (321,873.62) |
| First Capital Bank | (129,290.40) |
| Owner Held Deposits | (13,142.05) |
| **Total Current Asset** | **($464,306.07)** |
| **Total Assets** | **($464,306.07)** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Opening Balance Equity | 2,219.65 |
| Retained Earnings | (144,652.10) |
| Net Income | (321,873.62) |
| **Total Equity** | **($464,306.07)** |
| **Total Liabilities & Equity** | **($464,306.07)** |

## 1201 3rd Avenue

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 4,300.08 |
| First Capital Bank | 36,956.56 |
| Undeposited Funds | 8,800.00 |
| **Total Current Asset** | **$50,056.64** |
| **Total Assets** | **$50,056.64** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 3,050.00 |
| **Total Current Liability** | **$3,050.00** |
| **Total Liabilities** | **$3,050.00** |
| Equity | |
| Retained Earnings | 35,206.56 |
| Net Income | 11,800.08 |
| **Total Equity** | **$47,006.64** |
| **Total Liabilities & Equity** | **$50,056.64** |

## 1509 S Jefferson

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 1,274.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| First Capital Bank | 4,153.28 |
| Happy State Bank | 390.00 |
| Undeposited Funds | 26,756.00 |
| **Total Current Asset** | **$32,573.28** |
| **Total Assets** | **$32,573.28** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 100.00 |
| **Total Current Liability** | **$100.00** |
| **Total Liabilities** | **$100.00** |
| Equity | |
| Retained Earnings | 23,037.28 |
| Net Income | 9,436.00 |
| **Total Equity** | **$32,473.28** |
| **Total Liabilities & Equity** | **$32,573.28** |

## 1609 La Salle

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 6,495.69 |
| First Capital Bank | 7,039.03 |
| Happy State Bank | 3,682.66 |
| Undeposited Funds | 5,350.00 |
| **Total Current Asset** | **$22,567.38** |
| **Total Assets** | **$22,567.38** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,900.00 |
| **Total Current Liability** | **$1,900.00** |
| **Total Liabilities** | **$1,900.00** |
| Equity | |
| Retained Earnings | 11,771.69 |
| Net Income | 8,895.69 |
| **Total Equity** | **$20,667.38** |
| **Total Liabilities & Equity** | **$22,567.38** |

## 1614 Taylor

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,415.00 |
| First Capital Bank | 9,433.89 |
| Happy State Bank | 6,000.00 |
| Undeposited Funds | 21,819.00 |
| **Total Current Asset** | **$41,667.89** |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---:|
| **Total Assets** | **$41,667.89** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,540.00 |
| Security Deposit Liability | 2,500.00 |
| **Total Current Liability** | **$4,040.00** |
| **Total Liabilities** | **$4,040.00** |
| Equity | |
| Retained Earnings | 29,152.89 |
| Net Income | 8,475.00 |
| **Total Equity** | **$37,627.89** |
| **Total Liabilities & Equity** | **$41,667.89** |

## 1708 6th Avenue

| | |
|---|---:|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,530.00 |
| First Capital Bank | (13,106.17) |
| Happy State Bank | 2,775.00 |
| Owner Held Deposits | (4,068.52) |
| Undeposited Funds | 10,434.00 |
| **Total Current Asset** | **$564.31** |
| **Total Assets** | **$564.31** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 2,400.00 |
| **Total Current Liability** | **$2,400.00** |
| **Total Liabilities** | **$2,400.00** |
| Equity | |
| Retained Earnings | (10,165.69) |
| Net Income | 8,330.00 |
| **Total Equity** | **($1,835.69)** |
| **Total Liabilities & Equity** | **$564.31** |

## 1946 S Roosevelt

| | |
|---|---:|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 6,705.00 |
| Amarillo National Bank - Pending EFTs | 750.00 |
| First Capital Bank | 2,077.07 |
| Undeposited Funds | 10,136.00 |
| **Total Current Asset** | **$19,668.07** |
| **Total Assets** | **$19,668.07** |
| Liabilities | |

DRAFT NO ADMISSION OF LIABILTY

**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 405.00 |
| Security Deposit Liability | 1,100.00 |
| **Total Current Liability** | **$1,505.00** |
| **Total Liabilities** | **$1,505.00** |
| Equity | |
| Retained Earnings | 9,538.81 |
| Net Income | 8,624.26 |
| **Total Equity** | **$18,163.07** |
| **Total Liabilities & Equity** | **$19,668.07** |

# 2003 Monroe

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 8,436.00 |
| First Capital Bank | 6,289.96 |
| Undeposited Funds | 29,571.00 |
| **Total Current Asset** | **$44,296.96** |
| **Total Assets** | **$44,296.96** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 550.00 |
| Security Deposit Liability | 2,851.00 |
| **Total Current Liability** | **$3,401.00** |
| **Total Liabilities** | **$3,401.00** |
| Equity | |
| Retained Earnings | 27,571.60 |
| Net Income | 13,324.36 |
| **Total Equity** | **$40,895.96** |
| **Total Liabilities & Equity** | **$44,296.96** |

# 2018 Oak

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 4,130.00 |
| First Capital Bank | 17,662.37 |
| Happy State Bank | 2,762.13 |
| Undeposited Funds | 9,896.00 |
| **Total Current Asset** | **$34,450.50** |
| **Total Assets** | **$34,450.50** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,913.87 |
| Security Deposit Liability | 1,750.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Current Liability** | **$3,663.87** |
| **Total Liabilities** | **$3,663.87** |
| Equity | |
| Retained Earnings | 25,055.50 |
| Net Income | 5,731.13 |
| **Total Equity** | **$30,786.63** |
| **Total Liabilities & Equity** | **$34,450.50** |

## 204 North El Paso

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 838.56 |
| First Capital Bank | 16,419.10 |
| **Total Current Asset** | **$17,257.66** |
| **Total Assets** | **$17,257.66** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 5,000.00 |
| **Total Current Liability** | **$5,000.00** |
| **Total Liabilities** | **$5,000.00** |
| Equity | |
| Opening Balance Equity | (5,000.00) |
| Retained Earnings | 15,339.10 |
| Net Income | 1,918.56 |
| **Total Equity** | **$12,257.66** |
| **Total Liabilities & Equity** | **$17,257.66** |

## 2220 Front

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Undeposited Funds | 22,810.00 |
| **Total Current Asset** | **$22,810.00** |
| **Total Assets** | **$22,810.00** |
| Liabilities | |
| **Current Liability** | |
| Prepayments | 40.00 |
| **Total Current Liability** | **$40.00** |
| **Total Liabilities** | **$40.00** |
| Equity | |
| Retained Earnings | 16,000.00 |
| Net Income | 6,770.00 |
| **Total Equity** | **$22,770.00** |
| **Total Liabilities & Equity** | **$22,810.00** |

DRAFT NO ADMISSION OF LIABILTY

## 2416 Hickory

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 4,754.00 |
| First Capital Bank | 480.46 |
| Happy State Bank | 3,216.61 |
| Undeposited Funds | 13,510.67 |
| **Total Current Asset** | **$21,961.74** |
| **Total Assets** | **$21,961.74** |

Liabilities

**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 640.00 |
| Security Deposit Liability | 2,000.00 |
| **Total Current Liability** | **$2,640.00** |
| **Total Liabilities** | **$2,640.00** |

Equity

| | |
|---|---|
| Retained Earnings | 12,956.16 |
| Net Income | 6,365.58 |
| **Total Equity** | **$19,321.74** |
| **Total Liabilities & Equity** | **$21,961.74** |

## 2514 Redondo Drive

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 2,850.00 |
| Undeposited Funds | 4,140.00 |
| **Total Current Asset** | **$6,990.00** |
| **Total Assets** | **$6,990.00** |

Liabilities

**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 950.00 |
| **Total Current Liability** | **$950.00** |
| **Total Liabilities** | **$950.00** |

Equity

| | |
|---|---|
| Retained Earnings | 640.00 |
| Net Income | 5,400.00 |
| **Total Equity** | **$6,040.00** |
| **Total Liabilities & Equity** | **$6,990.00** |

## 2603 S Tyler

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 7,209.38 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| First Capital Bank | 32,841.54 |
| Undeposited Funds | 12,880.00 |
| **Total Current Asset** | **$52,930.92** |
| **Total Assets** | **$52,930.92** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,000.00 |
| Security Deposit Liability | 1,500.00 |
| **Total Current Liability** | **$2,500.00** |
| **Total Liabilities** | **$2,500.00** |
| Equity | |
| Owner Draw | (1,200.00) |
| Retained Earnings | 40,571.54 |
| Net Income | 11,059.38 |
| **Total Equity** | **$50,430.92** |
| **Total Liabilities & Equity** | **$52,930.92** |

## 2706 N Ridgemere

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,979.61 |
| First Capital Bank | (1,485.71) |
| Happy State Bank | 4,738.59 |
| Undeposited Funds | 12,845.33 |
| **Total Current Asset** | **$20,077.82** |
| **Total Assets** | **$20,077.82** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 400.00 |
| Security Deposit Liability | 1,006.00 |
| **Total Current Liability** | **$1,406.00** |
| **Total Liabilities** | **$1,406.00** |
| Equity | |
| Retained Earnings | 12,652.64 |
| Net Income | 6,019.18 |
| **Total Equity** | **$18,671.82** |
| **Total Liabilities & Equity** | **$20,077.82** |

## 3008 S. Polk

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 18,341.53 |
| First Capital Bank | 23,910.52 |
| Owner Held Deposits | (615.11) |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Undeposited Funds | 22,586.00 |
| **Total Current Asset** | **$64,222.94** |
| **Total Assets** | **$64,222.94** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 450.00 |
| Security Deposit Liability | 4,225.00 |
| **Total Current Liability** | **$4,675.00** |
| **Total Liabilities** | **$4,675.00** |
| Equity | |
| Retained Earnings | 35,115.07 |
| Net Income | 24,432.87 |
| **Total Equity** | **$59,547.94** |
| **Total Liabilities & Equity** | **$64,222.94** |

## 301 S. Tennessee

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| First Capital Bank | (206.67) |
| Happy State Bank | 1,092.03 |
| Mimi Happy State Bank | 1,730.00 |
| Owner Held Deposits | (53.70) |
| Undeposited Funds | 10,131.04 |
| **Total Current Asset** | **$12,692.70** |
| **Total Assets** | **$12,692.70** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 650.00 |
| Security Deposit Liability | 1,200.00 |
| **Total Current Liability** | **$1,850.00** |
| **Total Liabilities** | **$1,850.00** |
| Equity | |
| Retained Earnings | 9,492.70 |
| Net Income | 1,350.00 |
| **Total Equity** | **$10,842.70** |
| **Total Liabilities & Equity** | **$12,692.70** |

## 306 N Bowyer

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| First Capital Bank | (41.40) |
| Undeposited Funds | 14,455.00 |
| **Total Current Asset** | **$14,413.60** |
| **Total Assets** | **$14,413.60** |

DRAFT NO ADMISSION OF LIABILTY

Liabilities
**Current Liability**
Prepaid Rent Liability                     325.00
**Total Current Liability**                **$325.00**
**Total Liabilities**                      **$325.00**
Equity
Retained Earnings                          10,688.60
Net Income                                 3,400.00
**Total Equity**                           **$14,088.60**
**Total Liabilities & Equity**             **$14,413.60**


## 3313 NW 1st -backhouse of 90 N Carolina

Assets
**Current Asset**
Amarillo National Bank                     448.04
First Capital Bank                         2,753.07
Happy State Bank                           1,921.24
Owner Held Deposits                        (706.65)
Undeposited Funds                          8,985.00
**Total Current Asset**                    **$13,400.70**
**Total Assets**                           **$13,400.70**
Liabilities
**Current Liability**
Prepaid Rent Liability                     5.00
Security Deposit Liability                 1,900.00
**Total Current Liability**                **$1,905.00**
**Total Liabilities**                      **$1,905.00**
Equity
Retained Earnings                          9,897.66
Net Income                                 1,598.04
**Total Equity**                           **$11,495.70**
**Total Liabilities & Equity**             **$13,400.70**


## 3405 NE 19th

Assets
**Current Asset**
Amarillo National Bank                     4,556.00
First Capital Bank                         (4,673.80)
Happy State Bank                           1,396.83
Owner Held Deposits                        (290.00)
Undeposited Funds                          15,375.00
**Total Current Asset**                    **$16,364.03**
**Total Assets**                           **$16,364.03**
Liabilities

DRAFT NO ADMISSION OF LIABILTY

**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 500.00 |
| **Total Current Liability** | **$500.00** |
| **Total Liabilities** | **$500.00** |
| Equity | |
| Retained Earnings | 6,962.95 |
| Net Income | 8,901.08 |
| **Total Equity** | **$15,864.03** |
| **Total Liabilities & Equity** | **$16,364.03** |

## 3413 SW 3rd-Tennessee rear house

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 3,609.38 |
| First Capital Bank | 438.27 |
| Happy State Bank | 1,271.45 |
| Undeposited Funds | 10,097.00 |
| **Total Current Asset** | **$15,416.10** |
| **Total Assets** | **$15,416.10** |
| Liabilities | |

**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 570.08 |
| Security Deposit Liability | 2,080.00 |
| **Total Current Liability** | **$2,650.08** |
| **Total Liabilities** | **$2,650.08** |
| Equity | |
| Retained Earnings | 8,333.87 |
| Net Income | 4,432.15 |
| **Total Equity** | **$12,766.02** |
| **Total Liabilities & Equity** | **$15,416.10** |

## 3704 Harrison

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 2,203.00 |
| Amarillo National Bank - Pending EFTs | 267.00 |
| First Capital Bank | 9,729.20 |
| Happy State Bank | 491.00 |
| Undeposited Funds | 30,982.00 |
| **Total Current Asset** | **$43,672.20** |
| **Total Assets** | **$43,672.20** |
| Liabilities | |

**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 720.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Security Deposit Liability | 2,750.00 |
| **Total Current Liability** | **$3,470.00** |
| **Total Liabilities** | **$3,470.00** |
| Equity | |
| Opening Balance Equity | (850.00) |
| Retained Earnings | 29,322.20 |
| Net Income | 11,730.00 |
| **Total Equity** | **$40,202.20** |
| **Total Liabilities & Equity** | **$43,672.20** |

## 3906 South Tyler Street

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 6,277.00 |
| First Capital Bank | 439.36 |
| Undeposited Funds | 10,235.00 |
| **Total Current Asset** | **$16,951.36** |
| **Total Assets** | **$16,951.36** |
| Liabilities | |
| **Current Liability** | |
| Prepayments | 5.00 |
| Security Deposit Liability | 2,025.00 |
| **Total Current Liability** | **$2,030.00** |
| **Total Liabilities** | **$2,030.00** |
| Equity | |
| Retained Earnings | 7,894.36 |
| Net Income | 7,027.00 |
| **Total Equity** | **$14,921.36** |
| **Total Liabilities & Equity** | **$16,951.36** |

## 400 Southeast 58th Avenue

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | (78,285.71) |
| First Capital Bank | (42,480.21) |
| Happy State Bank | (15,011.59) |
| Owner Held Deposits | (1,100.00) |
| **Total Current Asset** | **($136,877.51)** |
| **Total Assets** | **($136,877.51)** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Retained Earnings | (58,591.80) |
| Net Income | (78,285.71) |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Equity** | **($136,877.51)** |
| **Total Liabilities & Equity** | **($136,877.51)** |

## 400 Southeast 58th Avenue 20A

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 670.00 |
| First Capital Bank | (837.00) |
| Undeposited Funds | 100.00 |
| **Total Current Asset** | **($67.00)** |
| **Total Assets** | **($67.00)** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 50.00 |
| **Total Current Liability** | **$50.00** |
| **Total Liabilities** | **$50.00** |
| Equity | |
| Retained Earnings | (837.00) |
| Net Income | 720.00 |
| **Total Equity** | **($117.00)** |
| **Total Liabilities & Equity** | **($67.00)** |

## 400 Southeast 58th Avenue UNIT 10

Assets
**Current Asset**

| | |
|---|---|
| First Capital Bank | 3,903.79 |
| Happy State Bank | 4,830.00 |
| Undeposited Funds | 4,945.00 |
| **Total Current Asset** | **$13,678.79** |
| **Total Assets** | **$13,678.79** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 30.00 |
| Security Deposit Liability | 1,150.00 |
| **Total Current Liability** | **$1,180.00** |
| **Total Liabilities** | **$1,180.00** |
| Equity | |
| Retained Earnings | 6,538.79 |
| Net Income | 5,960.00 |
| **Total Equity** | **$12,498.79** |
| **Total Liabilities & Equity** | **$13,678.79** |

## 400 Southeast 58th Avenue UNIT 11

DRAFT NO ADMISSION OF LIABILTY

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 2,370.00 |
| Happy State Bank | 2,578.90 |
| Undeposited Funds | 9,160.00 |
| **Total Current Asset** | **$14,108.90** |
| **Total Assets** | **$14,108.90** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,900.00 |
| Prepayments | 150.00 |
| Security Deposit Liability | 1,800.00 |
| **Total Current Liability** | **$3,850.00** |
| **Total Liabilities** | **$3,850.00** |
| Equity | |
| Retained Earnings | 3,829.72 |
| Net Income | 6,429.18 |
| **Total Equity** | **$10,258.90** |
| **Total Liabilities & Equity** | **$14,108.90** |

## 400 Southeast 58th Avenue UNIT 12

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 1,361.11 |
| First Capital Bank | 1,995.00 |
| Happy State Bank | 120.00 |
| Undeposited Funds | 4,520.00 |
| **Total Current Asset** | **$7,996.11** |
| **Total Assets** | **$7,996.11** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,500.00 |
| Security Deposit Liability | 800.00 |
| **Total Current Liability** | **$2,300.00** |
| **Total Liabilities** | **$2,300.00** |
| Equity | |
| Retained Earnings | 3,535.00 |
| Net Income | 2,161.11 |
| **Total Equity** | **$5,696.11** |
| **Total Liabilities & Equity** | **$7,996.11** |

## 400 Southeast 58th Avenue UNIT 13

Assets
**Current Asset**

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Amarillo National Bank | 6,020.00 |
| First Capital Bank | 75.00 |
| Happy State Bank | 1,725.00 |
| Undeposited Funds | 7,050.00 |
| **Total Current Asset** | **$14,870.00** |
| **Total Assets** | **$14,870.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 500.00 |
| **Total Current Liability** | **$500.00** |
| **Total Liabilities** | **$500.00** |
| Equity | |
| Retained Earnings | 6,118.00 |
| Net Income | 8,252.00 |
| **Total Equity** | **$14,370.00** |
| **Total Liabilities & Equity** | **$14,870.00** |

## 400 Southeast 58th Avenue UNIT 14

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,523.00 |
| First Capital Bank | 574.00 |
| Happy State Bank | 154.43 |
| Undeposited Funds | 5,037.00 |
| **Total Current Asset** | **$9,288.43** |
| **Total Assets** | **$9,288.43** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,300.00 |
| **Total Current Liability** | **$1,300.00** |
| **Total Liabilities** | **$1,300.00** |
| Equity | |
| Retained Earnings | 2,980.00 |
| Net Income | 5,008.43 |
| **Total Equity** | **$7,988.43** |
| **Total Liabilities & Equity** | **$9,288.43** |

## 400 Southeast 58th Avenue UNIT 15

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,700.00 |
| First Capital Bank | 3,050.00 |
| Happy State Bank | 950.00 |
| Undeposited Funds | 1,400.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Current Asset** | **$9,100.00** |
| **Total Assets** | **$9,100.00** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Retained Earnings | 3,900.00 |
| Net Income | 5,200.00 |
| **Total Equity** | **$9,100.00** |
| **Total Liabilities & Equity** | **$9,100.00** |

## 400 Southeast 58th Avenue UNIT 16

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,770.00 |
| Undeposited Funds | 3,155.00 |
| **Total Current Asset** | **$7,925.00** |
| **Total Assets** | **$7,925.00** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 600.00 |
| Security Deposit Liability | 900.00 |
| **Total Current Liability** | **$1,500.00** |
| **Total Liabilities** | **$1,500.00** |
| Equity | |
| Retained Earnings | 1,655.00 |
| Net Income | 4,770.00 |
| **Total Equity** | **$6,425.00** |
| **Total Liabilities & Equity** | **$7,925.00** |

## 400 Southeast 58th Avenue UNIT 17

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 6,070.11 |
| First Capital Bank | 184.95 |
| Happy State Bank | 3,526.96 |
| Undeposited Funds | 4,400.00 |
| **Total Current Asset** | **$14,182.02** |
| **Total Assets** | **$14,182.02** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 675.00 |
| Security Deposit Liability | 1,225.00 |
| **Total Current Liability** | **$1,900.00** |
| **Total Liabilities** | **$1,900.00** |

Equity
Retained Earnings                                   5,626.91
Net Income                                          6,655.11
**Total Equity**                                    **$12,282.02**
**Total Liabilities & Equity**                      **$14,182.02**

## 400 Southeast 58th Avenue UNIT 18

Assets
**Current Asset**
Undeposited Funds                                   8,750.00
**Total Current Asset**                             **$8,750.00**
**Total Assets**                                    **$8,750.00**
Liabilities
**Total Liabilities**                               **$0.00**
Equity
Retained Earnings                                   4,550.00
Net Income                                          4,200.00
**Total Equity**                                    **$8,750.00**
**Total Liabilities & Equity**                      **$8,750.00**

## 400 Southeast 58th Avenue UNIT 19

Assets
**Current Asset**
Amarillo National Bank                              5,190.00
Amarillo National Bank - Pending EFTs               575.00
First Capital Bank                                  575.00
Happy State Bank                                    2,422.00
Undeposited Funds                                   2,970.00
**Total Current Asset**                             **$11,732.00**
**Total Assets**                                    **$11,732.00**
Liabilities
**Current Liability**
Prepayments                                         195.00
Security Deposit Liability                          1,250.00
**Total Current Liability**                         **$1,445.00**
**Total Liabilities**                               **$1,445.00**
Equity
Retained Earnings                                   1,975.00
Net Income                                          8,312.00
**Total Equity**                                    **$10,287.00**
**Total Liabilities & Equity**                      **$11,732.00**

## 400 Southeast 58th Avenue UNIT 1A

DRAFT NO ADMISSION OF LIABILTY

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 3,770.00 |
| First Capital Bank | 4,305.00 |
| Happy State Bank | 1,700.00 |
| Mimi Happy State Bank | 1,329.03 |
| Undeposited Funds | 7,248.00 |
| **Total Current Asset** | **$18,352.03** |
| **Total Assets** | **$18,352.03** |

Liabilities
**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 520.97 |
| Security Deposit Liability | 2,375.00 |
| **Total Current Liability** | **$2,895.97** |
| **Total Liabilities** | **$2,895.97** |

Equity

| | |
|---|---|
| Retained Earnings | 6,678.00 |
| Net Income | 8,778.06 |
| **Total Equity** | **$15,456.06** |
| **Total Liabilities & Equity** | **$18,352.03** |


## 400 Southeast 58th Avenue UNIT 1B

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 6,308.22 |
| Amarillo National Bank - Pending EFTs | 725.00 |
| First Capital Bank | 2,500.00 |
| Undeposited Funds | 6,700.00 |
| **Total Current Asset** | **$16,233.22** |
| **Total Assets** | **$16,233.22** |

Liabilities
**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 300.00 |
| Security Deposit Liability | 900.00 |
| **Total Current Liability** | **$1,200.00** |
| **Total Liabilities** | **$1,200.00** |

Equity

| | |
|---|---|
| Retained Earnings | 6,875.00 |
| Net Income | 8,158.22 |
| **Total Equity** | **$15,033.22** |
| **Total Liabilities & Equity** | **$16,233.22** |


## 400 Southeast 58th Avenue UNIT 2

Assets

DRAFT NO ADMISSION OF LIABILTY

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 230.00 |
| Owner Held Deposits | (640.00) |
| Undeposited Funds | 13,620.00 |
| **Total Current Asset** | **$13,210.00** |
| **Total Assets** | **$13,210.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 800.00 |
| **Total Current Liability** | **$800.00** |
| **Total Liabilities** | **$800.00** |
| Equity | |
| Retained Earnings | 6,560.00 |
| Net Income | 5,850.00 |
| **Total Equity** | **$12,410.00** |
| **Total Liabilities & Equity** | **$13,210.00** |

## 400 Southeast 58th Avenue UNIT 20

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 6,220.00 |
| Amarillo National Bank - Pending EFTs | 725.00 |
| First Capital Bank | 1,320.00 |
| Happy State Bank | 2,210.00 |
| Undeposited Funds | 3,131.00 |
| **Total Current Asset** | **$13,606.00** |
| **Total Assets** | **$13,606.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 800.00 |
| **Total Current Liability** | **$800.00** |
| **Total Liabilities** | **$800.00** |
| Equity | |
| Retained Earnings | 2,416.00 |
| Net Income | 10,390.00 |
| **Total Equity** | **$12,806.00** |
| **Total Liabilities & Equity** | **$13,606.00** |

## 400 Southeast 58th Avenue UNIT 21

Assets

**Current Asset**

| | |
|---|---|
| Undeposited Funds | 15,500.00 |
| **Total Current Asset** | **$15,500.00** |
| **Total Assets** | **$15,500.00** |

DRAFT NO ADMISSION OF LIABILTY

Liabilities

| | |
|---|---|
| **Total Liabilities** | **$0.00** |

Equity

| | |
|---|---|
| Retained Earnings | 7,700.00 |
| Net Income | 7,800.00 |
| **Total Equity** | **$15,500.00** |
| **Total Liabilities & Equity** | **$15,500.00** |

## 400 Southeast 58th Avenue UNIT 22

Assets

| | |
|---|---|
| **Current Asset** | |
| Undeposited Funds | 15,985.00 |
| **Total Current Asset** | **$15,985.00** |
| **Total Assets** | **$15,985.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 400.00 |
| **Total Current Liability** | **$400.00** |
| **Total Liabilities** | **$400.00** |
| Equity | |
| Retained Earnings | 7,200.00 |
| Net Income | 8,385.00 |
| **Total Equity** | **$15,585.00** |
| **Total Liabilities & Equity** | **$15,985.00** |

## 400 Southeast 58th Avenue UNIT 25

Assets

| | |
|---|---|
| **Current Asset** | |
| Amarillo National Bank | 685.00 |
| First Capital Bank | (58.00) |
| Undeposited Funds | 5,350.00 |
| **Total Current Asset** | **$5,977.00** |
| **Total Assets** | **$5,977.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 150.00 |
| **Total Current Liability** | **$150.00** |
| **Total Liabilities** | **$150.00** |
| Equity | |
| Retained Earnings | 2,142.00 |
| Net Income | 3,685.00 |
| **Total Equity** | **$5,827.00** |
| **Total Liabilities & Equity** | **$5,977.00** |

DRAFT NO ADMISSION OF LIABILTY

## 400 Southeast 58th Avenue UNIT 26

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 3,790.00 |
| Happy State Bank | 3,045.00 |
| Undeposited Funds | 7,350.00 |
| **Total Current Asset** | **$14,185.00** |
| **Total Assets** | **$14,185.00** |

Liabilities

**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 850.00 |
| **Total Current Liability** | **$850.00** |
| **Total Liabilities** | **$850.00** |

Equity

| | |
|---|---|
| Retained Earnings | 7,500.00 |
| Net Income | 5,835.00 |
| **Total Equity** | **$13,335.00** |
| **Total Liabilities & Equity** | **$14,185.00** |

## 400 Southeast 58th Avenue UNIT 27

Assets

**Current Asset**

| | |
|---|---|
| Undeposited Funds | 8,914.00 |
| **Total Current Asset** | **$8,914.00** |
| **Total Assets** | **$8,914.00** |

Liabilities

| | |
|---|---|
| **Total Liabilities** | **$0.00** |

Equity

| | |
|---|---|
| Retained Earnings | 5,400.00 |
| Net Income | 3,514.00 |
| **Total Equity** | **$8,914.00** |
| **Total Liabilities & Equity** | **$8,914.00** |

## 400 Southeast 58th Avenue UNIT 28

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 7,310.00 |
| Happy State Bank | 3,875.08 |
| Undeposited Funds | 6,260.00 |
| **Total Current Asset** | **$17,445.08** |
| **Total Assets** | **$17,445.08** |

Liabilities

**Current Liability**

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Security Deposit Liability | 2,050.00 |
| **Total Current Liability** | **$2,050.00** |
| **Total Liabilities** | **$2,050.00** |
| Equity | |
| Opening Balance Equity | (450.00) |
| Retained Earnings | 5,960.08 |
| Net Income | 9,885.00 |
| **Total Equity** | **$15,395.08** |
| **Total Liabilities & Equity** | **$17,445.08** |

## 400 Southeast 58th Avenue UNIT 29

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 5,250.00 |
| First Capital Bank | 4,100.00 |
| Happy State Bank | 575.00 |
| Undeposited Funds | 600.00 |
| **Total Current Asset** | **$10,525.00** |
| **Total Assets** | **$10,525.00** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Opening Balance Equity | (625.00) |
| Retained Earnings | 3,625.00 |
| Net Income | 7,525.00 |
| **Total Equity** | **$10,525.00** |
| **Total Liabilities & Equity** | **$10,525.00** |

## 400 Southeast 58th Avenue UNIT 3

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 6,970.00 |
| Happy State Bank | 4,580.00 |
| Undeposited Funds | 5,741.00 |
| **Total Current Asset** | **$17,291.00** |
| **Total Assets** | **$17,291.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,400.00 |
| **Total Current Liability** | **$1,400.00** |
| **Total Liabilities** | **$1,400.00** |
| Equity | |
| Retained Earnings | 7,621.00 |
| Net Income | 8,270.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Equity** | **$15,891.00** |
| **Total Liabilities & Equity** | **$17,291.00** |

## 400 Southeast 58th Avenue UNIT 30

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 550.00 |
| Undeposited Funds | 13,125.00 |
| **Total Current Asset** | **$13,675.00** |
| **Total Assets** | **$13,675.00** |

Liabilities
**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 250.00 |
| **Total Current Liability** | **$250.00** |
| **Total Liabilities** | **$250.00** |

Equity

| | |
|---|---|
| Retained Earnings | 7,125.00 |
| Net Income | 6,300.00 |
| **Total Equity** | **$13,425.00** |
| **Total Liabilities & Equity** | **$13,675.00** |

## 400 Southeast 58th Avenue UNIT 31

Assets
**Current Asset**

| | |
|---|---|
| Undeposited Funds | 4,750.00 |
| **Total Current Asset** | **$4,750.00** |
| **Total Assets** | **$4,750.00** |

Liabilities
**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 250.00 |
| **Total Current Liability** | **$250.00** |
| **Total Liabilities** | **$250.00** |

Equity

| | |
|---|---|
| Retained Earnings | 0.00 |
| Net Income | 4,500.00 |
| **Total Equity** | **$4,500.00** |
| **Total Liabilities & Equity** | **$4,750.00** |

## 400 Southeast 58th Avenue UNIT 32

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 5,250.00 |
| First Capital Bank | 6,980.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Happy State Bank | 1,650.00 |
| Undeposited Funds | 900.00 |
| **Total Current Asset** | **$14,780.00** |
| **Total Assets** | **$14,780.00** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Retained Earnings | 7,230.00 |
| Net Income | 7,550.00 |
| **Total Equity** | **$14,780.00** |
| **Total Liabilities & Equity** | **$14,780.00** |

## 400 Southeast 58th Avenue UNIT 33A

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 7,425.00 |
| Amarillo National Bank - Pending EFTs | 825.00 |
| Happy State Bank | 5,700.00 |
| Undeposited Funds | 3,450.00 |
| **Total Current Asset** | **$17,400.00** |
| **Total Assets** | **$17,400.00** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 650.00 |
| **Total Current Liability** | **$650.00** |
| **Total Liabilities** | **$650.00** |
| Equity | |
| Retained Earnings | 6,850.00 |
| Net Income | 9,900.00 |
| **Total Equity** | **$16,750.00** |
| **Total Liabilities & Equity** | **$17,400.00** |

## 400 Southeast 58th Avenue UNIT 33B

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,925.00 |
| First Capital Bank | (300.00) |
| Undeposited Funds | 8,760.00 |
| **Total Current Asset** | **$12,385.00** |
| **Total Assets** | **$12,385.00** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 410.00 |
| Security Deposit Liability | 650.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Current Liability** | **$1,060.00** |
| **Total Liabilities** | **$1,060.00** |
| Equity | |
| Retained Earnings | 5,425.00 |
| Net Income | 5,900.00 |
| **Total Equity** | **$11,325.00** |
| **Total Liabilities & Equity** | **$12,385.00** |

## 400 Southeast 58th Avenue UNIT 34

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 1,800.00 |
| Happy State Bank | 1,930.33 |
| Undeposited Funds | 10,941.00 |
| **Total Current Asset** | **$14,671.33** |
| **Total Assets** | **$14,671.33** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 300.00 |
| Security Deposit Liability | 400.00 |
| **Total Current Liability** | **$700.00** |
| **Total Liabilities** | **$700.00** |
| Equity | |
| Retained Earnings | 8,370.00 |
| Net Income | 5,601.33 |
| **Total Equity** | **$13,971.33** |
| **Total Liabilities & Equity** | **$14,671.33** |

## 400 Southeast 58th Avenue UNIT 35

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,445.00 |
| Undeposited Funds | 7,055.00 |
| **Total Current Asset** | **$11,500.00** |
| **Total Assets** | **$11,500.00** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,070.00 |
| Security Deposit Liability | 1,650.00 |
| **Total Current Liability** | **$2,720.00** |
| **Total Liabilities** | **$2,720.00** |
| Equity | |
| Opening Balance Equity | (30.00) |
| Retained Earnings | 3,900.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Net Income | 4,910.00 |
| **Total Equity** | **$8,780.00** |
| **Total Liabilities & Equity** | **$11,500.00** |

## 400 Southeast 58th Avenue UNIT 4

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,900.00 |
| First Capital Bank | 7,348.67 |
| Happy State Bank | 1,666.23 |
| Undeposited Funds | 800.00 |
| **Total Current Asset** | **$13,714.90** |
| **Total Assets** | **$13,714.90** |
| Liabilities | |
| **Total Liabilities** | **$0.00** |
| Equity | |
| Retained Earnings | 7,796.21 |
| Net Income | 5,918.69 |
| **Total Equity** | **$13,714.90** |
| **Total Liabilities & Equity** | **$13,714.90** |

## 400 Southeast 58th Avenue UNIT 5

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,448.66 |
| First Capital Bank | 600.00 |
| Happy State Bank | 3,439.91 |
| Owner Held Deposits | (100.00) |
| Undeposited Funds | 5,346.34 |
| **Total Current Asset** | **$12,734.91** |
| **Total Assets** | **$12,734.91** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,750.00 |
| **Total Current Liability** | **$1,750.00** |
| **Total Liabilities** | **$1,750.00** |
| Equity | |
| Retained Earnings | 7,859.91 |
| Net Income | 3,125.00 |
| **Total Equity** | **$10,984.91** |
| **Total Liabilities & Equity** | **$12,734.91** |

## 400 Southeast 58th Avenue UNIT 6

Balance_Sheet-2020 (2000632x7ACE3), Balance Sheet

DRAFT NO ADMISSION OF LIABILTY

Assets
**Current Asset**
Amarillo National Bank                720.00
First Capital Bank                    725.00
Undeposited Funds                     17,885.00
**Total Current Asset**               **$19,330.00**
**Total Assets**                      **$19,330.00**
Liabilities
**Current Liability**
Security Deposit Liability            900.00
**Total Current Liability**           **$900.00**
**Total Liabilities**                 **$900.00**
Equity
Retained Earnings                     8,000.00
Net Income                            10,430.00
**Total Equity**                      **$18,430.00**
**Total Liabilities & Equity**        **$19,330.00**

## 400 Southeast 58th Avenue Unit 6A STORAGE

Assets
**Current Asset**
Undeposited Funds                     3,310.00
**Total Current Asset**               **$3,310.00**
**Total Assets**                      **$3,310.00**
Liabilities
**Current Liability**
Security Deposit Liability            150.00
**Total Current Liability**           **$150.00**
**Total Liabilities**                 **$150.00**
Equity
Retained Earnings                     1,660.00
Net Income                            1,500.00
**Total Equity**                      **$3,160.00**
**Total Liabilities & Equity**        **$3,310.00**

## 400 Southeast 58th Avenue UNIT 7

Assets
**Current Asset**
Amarillo National Bank                4,575.00
First Capital Bank                    4,654.44
Happy State Bank                      1,000.00
Undeposited Funds                     620.00
**Total Current Asset**               **$10,849.44**
**Total Assets**                      **$10,849.44**

DRAFT NO ADMISSION OF LIABILTY

Liabilities

**Total Liabilities**      **$0.00**

Equity

Retained Earnings      5,324.44

Net Income      5,525.00

**Total Equity**      **$10,849.44**

**Total Liabilities & Equity**      **$10,849.44**

## 400 Southeast 58th Avenue UNIT 8

Assets

**Current Asset**

Amarillo National Bank      7,375.00

First Capital Bank      425.00

Happy State Bank      1,750.00

Undeposited Funds      4,900.00

**Total Current Asset**      **$14,450.00**

**Total Assets**      **$14,450.00**

Liabilities

**Current Liability**

Prepaid Rent Liability      300.00

Security Deposit Liability      650.00

**Total Current Liability**      **$950.00**

**Total Liabilities**      **$950.00**

Equity

Retained Earnings      5,150.00

Net Income      8,350.00

**Total Equity**      **$13,500.00**

**Total Liabilities & Equity**      **$14,450.00**

## 400 Southeast 58th Avenue UNIT 9

Assets

**Current Asset**

Undeposited Funds      10,432.00

**Total Current Asset**      **$10,432.00**

**Total Assets**      **$10,432.00**

Liabilities

**Current Liability**

Prepaid Rent Liability      100.00

**Total Current Liability**      **$100.00**

**Total Liabilities**      **$100.00**

Equity

Retained Earnings      4,316.00

Net Income      6,016.00

**Total Equity**      **$10,332.00**

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Liabilities & Equity** | **$10,432.00** |

## 4016 Lipscomb

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 3,203.41 |
| First Capital Bank | 16,770.45 |
| Happy State Bank | 3,000.00 |
| Undeposited Funds | 1,900.00 |
| **Total Current Asset** | **$24,873.86** |
| **Total Assets** | **$24,873.86** |

Liabilities
**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 500.00 |
| **Total Current Liability** | **$500.00** |
| **Total Liabilities** | **$500.00** |

Equity

| | |
|---|---|
| Retained Earnings | 19,670.45 |
| Net Income | 4,703.41 |
| **Total Equity** | **$24,373.86** |
| **Total Liabilities & Equity** | **$24,873.86** |

## 402 S. Rusk

Assets
**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 3,020.00 |
| First Capital Bank | 5,043.54 |
| Happy State Bank | 3,127.88 |
| Undeposited Funds | 6,300.00 |
| **Total Current Asset** | **$17,491.42** |
| **Total Assets** | **$17,491.42** |

Liabilities
**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 550.00 |
| Security Deposit Liability | 1,500.00 |
| **Total Current Liability** | **$2,050.00** |
| **Total Liabilities** | **$2,050.00** |

Equity

| | |
|---|---|
| Retained Earnings | 11,618.40 |
| Net Income | 3,823.02 |
| **Total Equity** | **$15,441.42** |
| **Total Liabilities & Equity** | **$17,491.42** |

DRAFT NO ADMISSION OF LIABILTY

## 403 S. Rusk

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 2,120.52 |
| First Capital Bank | 7,512.34 |
| Happy State Bank | 1,060.26 |
| Undeposited Funds | 2,600.00 |
| **Total Current Asset** | **$13,293.12** |
| **Total Assets** | **$13,293.12** |

Liabilities

**Current Liability**

| | |
|---|---|
| Prepaid Rent Liability | 2,148.28 |
| **Total Current Liability** | **$2,148.28** |
| **Total Liabilities** | **$2,148.28** |

Equity

| | |
|---|---|
| Opening Balance Equity | (35.00) |
| Owner Draw | (1,755.00) |
| Retained Earnings | 10,107.48 |
| Net Income | 2,827.36 |
| **Total Equity** | **$11,144.84** |
| **Total Liabilities & Equity** | **$13,293.12** |

## 4104 S Ong

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 6,150.00 |
| First Capital Bank | 21,061.81 |
| Happy State Bank | 2,215.00 |
| Undeposited Funds | 9,075.00 |
| **Total Current Asset** | **$38,501.81** |
| **Total Assets** | **$38,501.81** |

Liabilities

**Current Liability**

| | |
|---|---|
| Security Deposit Liability | 750.00 |
| **Total Current Liability** | **$750.00** |
| **Total Liabilities** | **$750.00** |

Equity

| | |
|---|---|
| Retained Earnings | 27,181.81 |
| Net Income | 10,570.00 |
| **Total Equity** | **$37,751.81** |
| **Total Liabilities & Equity** | **$38,501.81** |

## 418 N Briscoe

Assets

DRAFT NO ADMISSION OF LIABILTY

**Current Asset**

| | |
|---|---|
| First Capital Bank | 13,055.82 |
| Happy State Bank | 456.00 |
| Undeposited Funds | 7,049.00 |
| **Total Current Asset** | **$20,560.82** |
| **Total Assets** | **$20,560.82** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,475.00 |
| **Total Current Liability** | **$1,475.00** |
| **Total Liabilities** | **$1,475.00** |
| Equity | |
| Retained Earnings | 16,982.82 |
| Net Income | 2,103.00 |
| **Total Equity** | **$19,085.82** |
| **Total Liabilities & Equity** | **$20,560.82** |

## 508 Collins

Assets

**Current Asset**

| | |
|---|---|
| Amarillo National Bank | 4,085.00 |
| First Capital Bank | 15,279.92 |
| Happy State Bank | 1,362.38 |
| **Total Current Asset** | **$20,727.30** |
| **Total Assets** | **$20,727.30** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 450.00 |
| **Total Current Liability** | **$450.00** |
| **Total Liabilities** | **$450.00** |
| Equity | |
| Opening Balance Equity | (450.00) |
| Retained Earnings | 15,232.46 |
| Net Income | 5,494.84 |
| **Total Equity** | **$20,277.30** |
| **Total Liabilities & Equity** | **$20,727.30** |

## 604 6th Avenue

Assets

**Current Asset**

| | |
|---|---|
| First Capital Bank | 9,571.36 |
| Happy State Bank | 550.00 |
| Undeposited Funds | 4,100.00 |
| **Total Current Asset** | **$14,221.36** |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| **Total Assets** | **$14,221.36** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 1,100.00 |
| **Total Current Liability** | **$1,100.00** |
| **Total Liabilities** | **$1,100.00** |
| Equity | |
| Retained Earnings | 12,721.36 |
| Net Income | 400.00 |
| **Total Equity** | **$13,121.36** |
| **Total Liabilities & Equity** | **$14,221.36** |

## 707 4th Avenue

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | (128.76) |
| First Capital Bank | (595.97) |
| Happy State Bank | 154.43 |
| Owner Held Deposits | (2.77) |
| Undeposited Funds | 20,637.00 |
| **Total Current Asset** | **$20,063.93** |
| **Total Assets** | **$20,063.93** |
| Liabilities | |
| **Current Liability** | |
| Security Deposit Liability | 2,075.00 |
| **Total Current Liability** | **$2,075.00** |
| **Total Liabilities** | **$2,075.00** |
| Equity | |
| Retained Earnings | 7,692.69 |
| Net Income | 10,296.24 |
| **Total Equity** | **$17,988.93** |
| **Total Liabilities & Equity** | **$20,063.93** |

## 711 S Roberts

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,860.00 |
| First Capital Bank | 5,462.37 |
| Happy State Bank | 48.42 |
| Undeposited Funds | 4,150.00 |
| **Total Current Asset** | **$13,520.79** |
| **Total Assets** | **$13,520.79** |
| Liabilities | |
| **Current Liability** | |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Prepaid Rent Liability | 550.00 |
| Security Deposit Liability | 900.00 |
| **Total Current Liability** | **$1,450.00** |
| **Total Liabilities** | **$1,450.00** |
| Equity | |
| Retained Earnings | 7,462.37 |
| Net Income | 4,608.42 |
| **Total Equity** | **$12,070.79** |
| **Total Liabilities & Equity** | **$13,520.79** |

## 721 Valley Avenue

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,168.06 |
| First Capital Bank | 31,170.19 |
| Happy State Bank | 2,850.00 |
| Undeposited Funds | 1,650.00 |
| **Total Current Asset** | **$39,838.25** |
| **Total Assets** | **$39,838.25** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 1,250.00 |
| Security Deposit Liability | 1,800.00 |
| **Total Current Liability** | **$3,050.00** |
| **Total Liabilities** | **$3,050.00** |
| Equity | |
| Retained Earnings | 29,760.19 |
| Net Income | 7,028.06 |
| **Total Equity** | **$36,788.25** |
| **Total Liabilities & Equity** | **$39,838.25** |

## 826 S Florida

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 247.44 |
| First Capital Bank | 11,432.71 |
| Happy State Bank | 926.18 |
| Owner Held Deposits | (139.67) |
| Undeposited Funds | 40,200.00 |
| **Total Current Asset** | **$52,666.66** |
| **Total Assets** | **$52,666.66** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 805.00 |

DRAFT NO ADMISSION OF LIABILTY

| | |
|---|---|
| Security Deposit Liability | 2,300.00 |
| **Total Current Liability** | **$3,105.00** |
| **Total Liabilities** | **$3,105.00** |
| Equity | |
| Opening Balance Equity | (350.00) |
| Retained Earnings | 37,704.91 |
| Net Income | 12,206.75 |
| **Total Equity** | **$49,561.66** |
| **Total Liabilities & Equity** | **$52,666.66** |

## 90 N. Carolina

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 4,410.00 |
| Amarillo National Bank - Pending EFTs | 490.00 |
| First Capital Bank | (1,657.74) |
| Happy State Bank | 1,960.00 |
| Undeposited Funds | 12,265.00 |
| **Total Current Asset** | **$17,467.26** |
| **Total Assets** | **$17,467.26** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 575.00 |
| **Total Current Liability** | **$575.00** |
| **Total Liabilities** | **$575.00** |
| Equity | |
| Retained Earnings | 10,522.26 |
| Net Income | 6,370.00 |
| **Total Equity** | **$16,892.26** |
| **Total Liabilities & Equity** | **$17,467.26** |

## Southwest 40th Avenue

| | |
|---|---|
| Assets | |
| **Current Asset** | |
| Amarillo National Bank | 3,656.37 |
| Undeposited Funds | 6,120.00 |
| **Total Current Asset** | **$9,776.37** |
| **Total Assets** | **$9,776.37** |
| Liabilities | |
| **Current Liability** | |
| Prepaid Rent Liability | 660.00 |
| Security Deposit Liability | 700.00 |
| **Total Current Liability** | **$1,360.00** |
| **Total Liabilities** | **$1,360.00** |

DRAFT NO ADMISSION OF LIABILTY

Equity
Retained Earnings                    1,020.00
Net Income                           7,396.37
**Total Equity**                     **$8,416.37**
**Total Liabilities & Equity**       **$9,776.37**